*In re* Pedro J. Tejada Rivera.

*Número:* CP-2000-3          *Resuelto:* 9 de noviembre de 2001

*Lcdo. René Arrillaga Meléndez,* abogado de la parte querellada.

## RESOLUCIÓN

Estudiada la moción de reconsideración del peticionario y reexaminado el Informe del Comisionado Especial, y el

hecho de que el abogado aceptó los hechos imputados y ha mostrado su arrepentimiento por su desempeño profesional en este caso, se deja sin efecto la suspensión de la abogacía decretada en la opinión *per curiam* de 24 de septiembre de 2001. En su lugar, se le impone al peticionario una sanción de quinientos dólares ($500) que deberán ser consignados en la Secretaría de este Tribunal en el término de quince (15) días, contados a partir de la notificación de esta Resolución.

Además, se modifica nuestra sanción disciplinaria de la notaría para suspenderlo permanentemente del ejercicio de ésta.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naviera de Rodón no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*